**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1046**

CHIGOZIE M. ENOCH,

              Plaintiff - Appellant,

        v.

ADVANCED BIOSCIENCE LABORATORIES, INC.,

              Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.    James  K.  Bredar,  District  Judge.
(8:12-cv-03701-JKB)

Submitted:  May 29, 2014              Decided:  June 2, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chigozie  M.  Enoch,  Appellant  Pro  Se.    Eric  Matthew  Rigatuso,
John  S.  Vander  Woude,  ECCLESTON  &  WOLF,  PC,  Hanover,  Maryland,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chigozie M. Enoch appeals the district court's order granting Defendant's motion for summary judgment in his civil action alleging retaliation under Title VII of the Civil Rights Act of 1964, as amended. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Enoch v. Advanced Bioscience Labs., Inc., No. 8:12-cv-03701-JKB (D. Md. Jan. 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED